

Lanora C. Pettit
Principal Deputy Solicitor General

(512) 463-2127
Lanora.Pettit@oag.texas.gov

August 15, 2023

**Via E-filing**

Catherine O'Hagan Wolfe, Clerk
U.S. Court of Appeals for the Second Circuit

  **Re:**  *In re Google*, No. 23-910

Dear Ms. O'Hagan Wolfe:

  I write to alert the Court to a factual development in the trial court that is pertinent to—but omitted from—Google's reply brief filed earlier today in support of its motion for a stay. Specifically, it appears that Google never informed Judge Castel of this Court's administrative stay. As a result, yesterday afternoon, the Southern District of New York remanded this case to the Eastern District of Texas. Minute Notice, *State of Texas, et al v. Google, LLC*, ECF No. 256 of 1:21-cv-06841 (Aug. 14, 2023).

  Respondents maintain the position in their opposition (at 3-4) that this Court retains jurisdiction to decide Google's petition for mandamus, with full authority to order the JPML to transfer the case back to Judge Castel if the writ were to issue. *See In re Food Lion, Inc. Fair Labor Standards Act "Effective Scheduling" Litig.*, 73 F.3d 528 (4th Cir. 1996). If respondents are right, the reply effectively concedes (at 6-8) there are no other grounds to find irreparable harm. If respondents are incorrect, however, Google's mandamus petition—and consequently its stay request—is moot. Either way, the administrative stay should be dissolved, and the motion for a stay pending mandamus should be denied.

              Respectfully submitted.

              /s/ Lanora C. Pettit

              Lanora C. Pettit
              Counsel for Respondents