

Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004

Neal Kumar Katyal
Partner
T  +1 202 637 5600
F  +1 202 637 5910
neal.katyal@hoganlovells.com

August 16, 2023

**By CM/ECF**
Catherine O'Hagan Wolfe
Clerk of Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

   **Re:**    *In re Google*, No. 23-910

Dear Ms. O'Hagan Wolfe:

      Petitioner Google LLC respectfully submits this letter in response to the letter submitted by State Plaintiffs on August 15 urging this Court to dissolve the administrative stay previously issued in this case. This Court should not dissolve the administrative stay.

      On August 8, Google filed a motion in this Court seeking a stay of an order issued by the Judicial Panel on Multidistrict Litigation transferring the underlying antitrust case from the Southern District of New York to the Eastern District of Texas. Google's motion also sought an administrative stay to give this Court time to evaluate the stay request. On August 9, this Court granted Google's request for an administrative stay. This Court's order provided "that Petitioner's request for an administrative stay of the JPML order is granted until the motion for a stay pending resolution of the mandamus petition is determined." ECF No. 59.

      Due to a clerical error, the Southern District of New York issued a docket entry on August 14 purporting to transfer the case to the Eastern District of Texas notwithstanding the administrative stay. *See* Minute Notice, *State of Texas v. Google*, LLC, ECF No. 256 of 1:21-cv-06841 (Aug. 14, 2023). This Court's administrative stay plainly barred that transfer, and Google is therefore in communication with the Southern District of New York to correct the error.

      In their letter filed with this Court on August 15, State Plaintiffs contend "Google never informed Judge Castel of this Court's administrative stay." *See* ECF No. 71. But such notice was unnecessary. This Court's certified order granting the administrative stay was directed "to Southern District of New York," ECF No. 59, and a certified copy of that order also appeared on the docket of the multidistrict litigation assigned to Judge Castel. *See State of Texas v. Google*,

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia. "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in: Alicante Amsterdam Baltimore Beijing Birmingham Boston Brussels Colorado Springs Denver Dubai Dusseldorf Frankfurt Hamburg Hanoi Ho Chi Minh City Hong Kong Houston Johannesburg London Los Angeles Luxembourg Madrid Mexico City Miami Milan Minneapolis Monterrey Munich New York Northern Virginia Paris Perth Philadelphia Rome San Francisco São Paulo Shanghai Silicon Valley Singapore Sydney Tokyo Warsaw Washington, D.C. Associated Offices: Budapest Jakarta Riyadh Shanghai FTZ Ulaanbaatar. Business Service Centers: Johannesburg Louisville. Legal Services Center: Berlin. For more information see www.hoganlovells.com

Clerk of Court - 2 - August 16, 2023

*LLC*, ECF No. 597, 1:21-md-3010 (Aug. 10, 2023). The Southern District Court had notice of this Court's administrative stay, and the docket entry purporting to transfer the case was clearly an error.

Google is working with the Southern District of New York to correct the error, which should have no bearing on this Court's resolution of Google's mandamus petition or Google's request for a stay. In the meantime, this Court should retain its administrative stay. Google will update this Court when the situation has been resolved.

        Sincerely,

        /s/ Neal Kumar Katyal
        Neal Kumar Katyal

        *Counsel for Petitioner*

cc: All counsel of record (via CM/ECF)