

Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004

Neal Kumar Katyal
Partner
T  +1 202 637 5600
F  +1 202 637 5910
neal.katyal@hoganlovells.com

August 16, 2023

**By CM/ECF**
Catherine O'Hagan Wolfe
Clerk of Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    **Re:**     *In re Google*, No. 23-910

Dear Ms. O'Hagan Wolfe:

    As Google explained in a letter submitted earlier today, a docket entry in the Southern District of New York ("SDNY") erroneously purported to transfer the underlying antitrust case from the SDNY to the Eastern District of Texas notwithstanding this Court's administrative stay entered on August 9. Counsel for Google has been in contact with SDNY, and the error has been corrected. The SDNY docket entry purporting to transfer the case has been marked "DELETED" "as incorrectly filed in this case." *See State of Texas v. Google, LLC*, 1:21-cv-06841 (Aug. 16, 2023). The underlying case thus remains in the SDNY, and will not be transferred before this Court resolves Google's motion for a stay pending mandamus.

    Because the case remains in the SDNY, this Court should reject as meritless State Plaintiffs' request to dissolve the administrative stay, and should likewise reject State Plaintiffs' request to deny Google's motion for a stay pending mandamus. This Court should keep the administrative stay in place as it resolves Google's motion for a stay pending mandamus. And, for the reasons described in Google's stay motion, a stay pending mandamus remains appropriate and should be granted.

                    Sincerely,

                    /s/ Neal Kumar Katyal
                    Neal Kumar Katyal

                    *Counsel for Petitioner*

cc: All counsel of record (via CM/ECF)

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia. "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in: Alicante Amsterdam Baltimore Beijing Birmingham Boston Brussels Colorado Springs Denver Dubai Dusseldorf Frankfurt Hamburg Hanoi Ho Chi Minh City Hong Kong Houston Johannesburg London Los Angeles Luxembourg Madrid Mexico City Miami Milan Minneapolis Monterrey Munich New York Northern Virginia Paris Perth Philadelphia Rome San Francisco São Paulo Shanghai Silicon Valley Singapore Sydney Tokyo Warsaw Washington, D.C. Associated Offices: Budapest Jakarta Riyadh Shanghai FTZ Ulaanbaatar. Business Service Centers: Johannesburg Louisville. Legal Services Center: Berlin. For more information see www.hoganlovells.com