United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**DEBRA ANN LIVINGSTON**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: September 19, 2023
Docket #: 23-910op
Short Title: In re: Google LLC

DC Docket #: 21-md-3010
DC Court: SDNY (NEW YORK CITY)
DC Judge: Castel

# NOTICE OF MOTION PLACED ON THE CALENDAR

A petition for writ of mandamus and related motions filed in the above-referenced case has been added as a submitted case to the substantive motions calendar for Tuesday, October 3, 2023.

Inquiries regarding this case may be directed to 212-857-8595.