**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |
| Date: September 26, 2023<br>Docket #: 23-910op<br>Short Title: In re: Google LLC | DC Docket #: 21-md-3010<br>DC Court: SDNY (NEW YORK CITY)<br>DC Judge: Castel |

**REVISED**

**NOTICE OF MOTION PLACED ON THE CALENDAR**

A writ of mandamus and related motions filed in the above-referenced case has been added as an argued case to the substantive motions calendar for October 3, 2023. The argument will be held in the Thurgood Marshall U.S. Courthouse, New York, NY 10007 17th floor, Room 1705.

Inquiries regarding this case may be directed to 212-857-8595.