# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: In re Google LLC    Docket No.: 23-910

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Ashley C. Keller

Firm: Keller Postman LLC

Address: 150 N. Riverside Plaza, Suite 4100 Chicago, IL 60606

Telephone: 312-741-5222    Fax: 312-971-3502

E-mail: ack@kellerpostman.com

Appearance for: Respondents, the States of Texas, Alaska, Arkansas, Florida, Idaho, Indiana, Commonwealth of Kentucky, Louisiana, Mississippi, Missouri, Montana, Nevada, North Dakota, South Carolina, South Dakota, and Utah and the Commonwealth of Puerto Rico (party/designation)

**Select One:**

[✓] Substitute counsel (replacing lead counsel: Lanora C. Petit )
(name/firm)

[ ] Substitute counsel (replacing other counsel: )
(name/firm)

[ ] Additional counsel (co-counsel with: )
(name/firm)

[ ] Amicus (in support of: )
(party/designation)

## CERTIFICATION

I certify that:

[✓] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 9/28/2023    OR

[ ] I applied for admission on _____ .

Signature of Counsel: /s/ Ashley C. Keller

Type or Print Name: Ashley C. Keller