S.D.N.Y. – N.Y.C.
21-cv-6841
21-md-3010
Castel, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

---

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 4th day of October, two thousand twenty-three.

Present:
    Dennis Jacobs,
    Richard C. Wesley,
    Beth Robinson,
        *Circuit Judges*.

---

In re Google LLC,

        *Petitioner*.

---

Google LLC,

        *Petitioner*,

    v.                23-910

The State of Texas, et al.,

        *Respondents*.

---

Petitioner has filed a petition for a writ of mandamus. Respondents oppose. Also pending before the Court are Petitioner's motion for reconsideration of an applications judge's denial of its request to file a reply, Petitioner's motion for a stay, and Respondents' motion to vacate the administrative stay issued by an applications judge.

Upon due consideration, it is hereby ORDERED that the mandamus petition is DENIED because Petitioner has not demonstrated that exceptional circumstances warrant the requested relief. *See Cheney v. U.S. Dist. Court for Dist. of Columbia*, 542 U.S. 367, 380–81 (2004). It is further ORDERED that the motion for reconsideration is DENIED, the administrative stay is LIFTED, and the remaining motions are DENIED as moot.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

